Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CSB 154402
Mary Ann F. Bird, CSB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone      209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant SHANIKA BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHANIKA BREWER<br><br>           Defendant | Case No.: 2:14-CR-0025 MCE<br><br><br>STIPULATION AND ORDER TO EXCLUDE TIME |

STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1.  The parties are set to appear on March 20, 2014 at 9:00 a.m. for status. By this stipulation, the defendant, Shanika Brewer, by and through her counsel, now moves to continue status conference until April 3, 2014 and to exclude time from March 20, 2014 to April 3, 2014. Based on the amount of discovery so far provided, counsel for defendants need additional time to properly prepare a defense. Counsel for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of March 20, 2014 to April 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                              Respectfully submitted,

///
///
///
///
///
///
///
///
///
///
///
///
///
///

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER EXCLUDING TIME
PAGE: 2

Dated: March 17, 2014          ___/s/ authorized 03/17/14_____
                                                 MARY ANN F. BIRD
                                                 Attorney for Shanika Brewer

Dated: March 17, 2014          ___/s/ authorized 03/17/14_____
                                                 Jean Marie Hobler
                                                 Assistant United States Attorney

**ORDER**

        IT IS SO ORDERED.

Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER EXCLUDING TIME
PAGE: 3