Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CSB 154402
Mary Ann F. Bird, CSB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile     209.478.9954
Attorneys for Defendant SHANIKA BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No.: 2:14CR00025-001 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PRESENCE |
| SHANIKA BREWER, | |
| Defendant. | |

     Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, SHANIKA BREWER, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of the jury and imposition of sentence.

     Defendant hereby requests the Court to proceed during every absence of the Defendant which the Court may permit pursuant to this waiver; agrees that the Defendant's interests will be deemed represented at all time by the presence of Defendant's attorney, the same as if Defendant

BIRD & VAN DYKE, INC.
WAIVER OF APPEARANCE - FEDERAL
PAGE: 1

were personally present; and further agrees to be present in Court ready for trial any day and hour the Court may fix in the Defendant's absence.

Defendant further acknowledges that Defendant has been informed of the Defendant's rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), authorizes Defendant's attorney to set times and delays under that Act without Defendant being present.

DATED: September 24, 2014          /s/ Shanika Brewer_____

Shanika Brewer

(Original retained by Attorney)

I agree with and consent to my client's waiver of appearance.

DATED: September 24, 2014          /s/ Mary Ann F. Bird_____

MARY ANN F. BIRD

Attorney for Shanika Brewer

**ORDER**

IT IS SO ORDERED.

Dated:  October 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

BIRD & VAN DYKE, INC.
WAIVER OF APPEARANCE - FEDERAL
PAGE: 2